1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  TY MARZIALE,

11          Plaintiff,                    No. CIV S-05-0080 WBS KJM PS

12      vs.

13  COUNTY OF EL DORADO, et al.,          ORDER AND

14          Defendants.                   FINDINGS AND RECOMMENDATIONS

15  _____/

16          A status conference was held in this matter on December 7, 2005 before the

17  undersigned.  Plaintiff, proceeding in propria persona, failed to appear.  Kevin Elder appeared for

18  defendants.  Upon consideration of the status report on file in this action, discussion of counsel

19  and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

20          Plaintiff failed to appear at the status conference.  It appears plaintiff has

21  abandoned this litigation.

22          At the status conference, defense counsel indicated mail had been returned from

23  plaintiff's address of record.  It is the plaintiff's responsibility to keep the court apprised of his

24  current address at all times.  As provided by Local Rule 83-182(f), service of documents at the

25  record address of the party is fully effective.

26  /////

1

In the status report filed by defendants, the court has been advised that plaintiff has a criminal action pending against him for violation of California Penal Code § 148 (resisting arrest) arising out of the incident underlying plaintiff's claims made in the instant action under 42 U.S.C. § 1983.  Plaintiff alleges that while standing in a parking lot, he was "arrested, attacked, and beaten up" by defendants.  Amended Complaint, ¶ 12.  Plaintiff's section 1983 claim appears, therefore, to be barred under Heck v. Humphrey, 512 U.S. 477 (1994).  See Harvey v. Waldron, 210 F.3d 1008 (9th Cir. 2000) (Heck applies to pending criminal charges).  If, as plaintiff alleges, defendants' conduct was unlawful from the moment of their first contact with plaintiff, then such a claim, if successful, would necessarily imply the invalidity of a conviction in the pending criminal prosecution.  See Nuno v. County of San Bernardino, 58 F.Supp.2d 1127, 1133 (C.D. Cal. 1999) (to obtain a conviction under California Penal Code § 148, defendant deputies must have been lawfully performing their duties when they detained and arrested plaintiff).  Under Heck, the present action cannot be maintained.  For the foregoing reasons, the court will recommend dismissal of this action without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1.  Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

2.  Discovery, including the hearing of discovery motions, shall be completed by April 19, 2006.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

3.  Dispositive motions, other than discovery motions, shall be noticed to be heard by June 7, 2006.

4.  The pretrial conference is set for August 31, 2006 at 10:00 a.m. before the undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

/////

/////

1    5.  Trial of this matter is set for October 17, 2006 at 9:00 a.m. before the

2 Honorable William B. Shubb.  The parties shall file trial briefs in accordance with  Local Rule

3 16-285; and

4    IT IS HEREBY RECOMMENDED that this action be dismissed without

5 prejudice.

6    These findings and recommendations are submitted to the United States District

7 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten

8 days after being served with these findings and recommendations, any party may file written

9 objections with the court and serve a copy on all parties.  Such a document should be captioned

10 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

11 shall be served and filed within ten days after service of the objections.  The parties are advised

12 that failure to file objections within the specified time may waive the right to appeal the District

13 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14 DATED:   December 8, 2005.

15

16               _____

             UNITED STATES MAGISTRATE JUDGE

17

18

19

20 006
  marziale.oas

21

22

23

24

25

26